OSCAR HOFMANN, Respondent, v. JEROME ROSSMAN and Another, Appellants.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

GRACE E. LOWENDAHL, for Herself and All Other Creditors, etc., Respondent, v. L. VAN BOKKELEN, INC., Appellant.— Judgment affirmed, with costs to the plaintiff, respondent. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ. [139 Misc. 857.]

H. & B. GOLF COMPANY, INC., Appellant, v. J. J. A. HOLDING CORPORATION, Respondent. — Determination affirmed, with costs and disbursements. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

PAULINE KLEMP, Appellant, v. RUDY VALLEE, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

GEORGE ANDERSON, Appellant, v. HERBERT T. GRIFFITH, Defendant, Impleaded with NEW YORK RAILWAYS CORPORATION, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

ANDREW J. McCARRICK, Respondent, v. SOUTHERN PACIFIC COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendent to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, on the Complaint of RICHARD A. DAVIS, Respondent, v. M. & L. HESS, INC., Appellant.— Judgment affirmed. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

MARY CARUSO, Respondent, v. LUIGI CARUSO, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.; O'Malley, J., dissents and votes to reverse and dismiss the complaint.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JUNIUS M. GREEN, Appellant.— Judgment affirmed. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

JEANNETTE LEHMAN, Respondent, Appellant, v. ISAIAS ALEXANDER LEHMAN, Appellant, Respondent.— Judgment modified by reducing the amount of alimony to the sum of seventy-five dollars per week, and as so modified affirmed, without costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

THOMAS A. MULCAHY, an Infant, by THOMAS MULCAHY, His Guardian ad Litem, Respondent, v. MICHAEL FAUGHMAN, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.; Merrell and Sherman, JJ., dissent and vote for reversal and dismissal of the complaint on the ground that there is no evidence of defendant's negligence.